1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

14  JULIANN M. ORR,                          ) CV 13-0351-RGK(SH)
15                                            )
                    Plaintiff,                ) ORDER ACCEPTING REPORT
16                                            ) AND RECOMMENDATION OF
                                              ) UNITED STATES MAGISTRATE
17         v.                                 ) JUDGE
                                              )
18  CAROLYN W. COLVIN, Comm.                  )
    Social Security Administration,           )
19                                            )
                    Defendant,                )
20  _____            )

21         Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings
22  and other papers herein along with the attached Report and Recommendation of
23  United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report
24  and Recommendation.
25
26         IT IS ORDERED that (1) the Report and Recommendation is approved and
27  accepting as the Fact and Conclusions of Law herein; and (2) reversing the matter
28  for further proceedings, pursuant to Sentence 43 of 42 U.S.C. §405(g).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the plaintiff and on the United States Attorney for the Central District of California.

DATED: December 3, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE