UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JULIANN M. ORR, | ) CV 13-0351-RGK (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: December 3, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE