1   James M. Dolenga – California Bar No. 174447
    609 Deep Valley Drive
2   Suite 200
    Rolling Hills Estates, CA 90274
3   (866)772-5299

4   Attorney for Plaintiff

5

6                   UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
7                                        )
                                         )
8   Juliann M Orr,                       )
                                         )
9            Plaintiff,                   )  Case No.: 5:13-cv-00351-RGK-SH
                                         )
10       vs.                             )  [PROPOSED]
                                         )  ORDER AWARDING EAJA FEES
11  Carolyn W Colvin, Acting             )
                                         )
12  Commissioner of Social Security,     )
                                         )
13           Defendant                   )

14

15

16       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

17  IT IS ORDERED that EAJA fees are awarded in the amount of THREE

18  THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND 00/100 ($3,850.00)

19  subject to the terms of the stipulation.

20

21  DATED: 5/8/14

                                    Stephen J. Hillman
22  HON. ~~FREDERICK F. MUMM~~

23  UNITED STATES MAGISTRATE JUDGE

24

25

-1-